JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　Plaintiff,<br><br>　　　v.<br><br>EYE PHONE CITY, et al.,<br>　　Defendants. | CV 19-2872 DSF (JEM)<br><br><br>JUDGMENT |

　　The Court having dismissed this action for mootness and declined to exercise supplemental jurisdiction over the state law claims for relief,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the first claim for relief be dismissed with prejudice, and that the second claim for relief be dismissed without prejudice to filing in state court.

Date: October 7, 2020

　　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　United States District Judge